UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE A. MOORE,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendants. | Case No. 8:22-CV-00423-SSS-JEM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

 Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, Defendant has filed a response to Plaintiff's Objections, and the Court has conducted a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected.

 Plaintiff's objections merely reiterate the same arguments presented to the Magistrate Judge, which he considered prior to issuing the Report and Recommendation. [*Compare* Dkt. 16 at 2–7 *with* Dkt. 13 at 3–14, 26–27]. Upon review of Plaintiff's Objections, Defendant's Response, and the Magistrate Judge's

Report and Recommendation, the Court agrees with the Report and Recommendation in its entirety, including the portions to which Plaintiff has objected.[1] The Court thus accepts the findings and conclusions of the Magistrate Judge, and Plaintiff's objections are therefore **OVERRULED**.

    **IT IS HEREBY ORDERED** that Judgment shall be entered **AFFIRMING** the Commissioner's decision to deny Social Security Disability Insurance benefits to Plaintiff and **DISMISSING** this action **WITH PREJUDICE**.

Dated: November 30, 2022

SUNSHINE S. SYKES
United States District Judge

---

[1] Plaintiff's reliance on *Maxwell v. Saul*, 971 F.3d 1128, 1130–32, is misplaced because *Maxwell* concerned only "individuals of advanced age" (55 years and older). *See id.* at 1131 ("advanced age" means "55 years and older"), n.4 ("[Plaintiff] was not entitled to benefits for the period prior to age 55" because "[Plaintiff] was not disabled in the period before she reached age 55."); *see also Segobia v. Kijakazi*, No. 20-55943, 2021 WL 4317349, at *2 (9th Cir. Sept. 23, 2021) ("*Maxwell* was interpreting a rule that applies only to 'individuals of advanced age,' defined as individuals who are fifty-five or older."). At the end of the relevant period here, Plaintiff was only 47 years old [*see* Dkt. 11-3 at 24]. Thus, *Maxwell* does not apply.