JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CONSTANCE A. MOORE,

Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

Defendants.

Case No. 8:22-CV-00423-SSS-JEM

**JUDGMENT**

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that the decision of the Commissioner of Social Security is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

Dated: November 30, 2022

SUNSHINE S. SYKES
United States District Judge